IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAMIEN FORD                                                                                                PLAINTIFF
ADC #143035

v.                                           5:17CV00270-JM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction; *et al.*                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff is allowed to proceed on his claims regarding excessive confinement in punitive isolation, denial of access to newspapers and other media, and denial of access to his personal property, in which he implicates Defendants Wendy Kelley, Marshall Reed, Dexter Payne, R. Watson, Gibson, Emsweller, McHan, Cashion, Budnik, Bolden, R. Johnson, Claudia Harris, Stephens, Brown, Plumer, Easaw, F. Washington, Demery, Foots, Spencer, Dock King, Pittman, G. Thompson, Evans, and Felicia Piggee.

2. All other claims are DISMISSED from this action without prejudice.

3. Defendants Rory Griffin, Jason Kelley, Correct Care Solutions, Stringfellow, and Day are DISMISSED from this action without prejudice.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

1

appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 21st day of February, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE