# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DAMIEN FORD                                                                            PLAINTIFF
ADC #143035

v.                                  5:17CV00270-JM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction; *et al.*                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk amend the docket to reflect the full and correct names of Defendants as follows: Randall Watson, James Gibson, Antwone Emsweller, Christopher Budnik, Kennie Bolden, James Plummer, Phillip Easaw, Michael Demery, Cedric Foots, Faye Pittman, Gloria Thompson, and Gladys Evans.

2. Defendants' Motion for Partial Summary Judgment (Doc. No. 71) is GRANTED.

3. Plaintiff's claims against Defendants Reed, Payne, Emsweller, Budnik, Bolden, Easaw, Foots, King, Pittman, Thompson, and Watson are DISMISSED without prejudice for failure to exhaust administrative remedies.

4. Plaintiff's claims against Defendant Demery for the denial of media and the denial of personal property during relief periods are DISMISSED without prejudice for failure to exhaust

1

administrative remedies.

5. Plaintiff's claims against Defendants Kelley, Gibson, Plummer, Evans, and Piggee for the denial of personal property during relief periods are DISMISSED without prejudice for failure to exhaust administrative remedies.

6. Plaintiff's motion to amend his Complaint to add Major Arnold as a defendant (Doc. No. 76 at 3) is DENIED.

7. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 17th day of April, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE