# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | |
|---|---|
| DAMIEN FORD<br>ADC #143035 | PLAINTIFF |
| v. | 5:17CV00270-JM-JJV |
| WENDY KELLEY, Director,<br>Arkansas Department of Correction; *et al.* | DEFENDANTS |

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk amend the docket to reflect Defendant Roderick Johnson's full name. (Doc. No. 96 at 1.)

2. Defendant Johnson's Motion for Partial Summary Judgment (Doc. No. 99) is GRANTED.

3. Plaintiff's claims against Defendant Johnson are DISMISSED without prejudice for failure to exhaust administrative remedies, and Defendant Johnson is dismissed from this action.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 29th day of June, 2018.

                                                                _____
                                                                JAMES M. MOODY, JR.
                                                                UNITED STATES DISTRICT JUDGE