IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAMIEN FORD**                                                                          **PLAINTIFF**
ADC #143035

v.                          **CASE NO: 5:17CV00270 JM-**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction;** *et al.*                                   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering Mr. Ford's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Defendants' Motion for Summary Judgment (Doc. No. 126) is GRANTED.

2. Plaintiff's Motion for Summary Judgment (Doc. No. 140) is DENIED.

3. Plaintiff's cause of action (Doc. No. 11) is DISMISSED with prejudice.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 29th day of April, 2019.

                                                                                        UNITED STATES DISTRICT JUDGE