IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAMIEN FORD                                                                                    PLAINTIFF
ADC #143035

v.                              CASE NO: 5:17CV00270 JM-

WENDY KELLEY, Director,
Arkansas Department of Correction; *et al.*                                         DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 29th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE